**LAW OFFICE OF ALONZO GRADFORD**
Attorney at Law (SB# 244201)
1202 "H" St., Suite C
Modesto, California 95354
Telephone:   (209) 408-0342
Facsimile:    (209) 408-0797

**LAW OFFICE OF SANJAY S. SCHMIDT**
Attorney at Law (SB# 247475)
1686 Second St., Suite 219
Livermore, CA 94550
Telephone:   (925) 215-7733
Facsimile:    (925) 455-2486

Attorneys for Plaintiff

**SUSANA ALCALA WOOD**
City Attorney (SBN 156366)
**JAMES F. WILSON**
Senior Deputy City Attorney (SBN 107289)
City of Modesto
P.O. Box 642
1010 Tenth Street, Suite 6300
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| LILIA MELGOZA, | NO. 1:11-CV-00066-AWI-BAM |
| Plaintiff, vs. | **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |
| CITY OF MODESTO, CITY MODESTO POLICE DEPARTMENT, OFFICER SHANE CASTRO, SGT. TIMOTHY HELTON, and DOES 1 to 100, | The Honorable Barbara A. McAuliffe |
| Defendants. | |

The parties stipulate as set forth in the numbered paragraphs below, based on the following facts:

A. The Current Scheduling Order (Dkt. #10) set forth the following deadlines and dates:
   a. Designation of Expert Witnesses due by 03.14.12
   b. Supplemental Designation of Expert Witnesses due by 04.17.12
   c. Non-Expert Discovery due by 05.16.12
   d. Expert Discovery due by 06.13.12
   e. Non-Dispositive Motions filed by 07.18.12
   f. Non-Dispositive hearing deadline 08.17.12
   g. Dispositive Motions filed by 09.13.12
   h. Dispositive Motions hearing deadline 11.15.12
   i. Pretrial Conference, 12.21.12, D-2, 8:30 a.m., Hon. Judge Ishii
   j. Jury Trial, 02.26.13, D-2, 9:00 a.m., Hon. Judge Ishii

B. The parties wish to attempt to accommodate the schedules of deponents as much as is practicable, so as to minimize the inconvenience to both deponents and to parties. Reconciling the schedules of Plaintiff's counsel, the Defendants and witnesses that are police officers, and lay witnesses, and still completing the necessary depositions and follow-up written discovery prior to the current non-expert discovery cutoff date, is going to be highly impracticable.

C. Based on the circumstances described above, the parties now respectfully and jointly request that the court issue an amended scheduling order, which maintains the same Pretrial Conference and Jury Trial dates as previously ordered, but which extends the discovery and motion deadlines, as set forth below.

WHEREFORE, THE PARTIES STIPULATE and respectfully request that the Court order that the Scheduling Order (Dkt. #10) be amended or modified to reflect the deadlines listed below, which retain approximately the same intervals as presently exist between the successive dates:

1. Deadline to complete Non-Expert Discovery:  extended from May 16, 2012 to June 15, 2012;

2. Deadline for Expert Disclosure:  extended to June 15, 2012;

3. Deadline for Supplemental Expert Disclosure:  extended to July 16, 2012;

4. Deadline for Expert Discovery:  extended to August 16, 2012;

2

5. Deadline for Non-Dispositive Motions filing deadline: extended from July 18, 2012 to August 31, 2012;

6. Deadline for Dispositive Motions filing deadline: extended from September 13, 2012 to October 16, 2012;

7. The Pretrial Conference and Jury Trial dates would remain as set.

In compliance with the applicable General Order, as filing party, Plaintiff attests that all signatories below concur in the filing of this document.

DATED: April 9, 2012         LAW OFFICE OF ALONZO J. GRADFORD
                             LAW OFFICE OF SANJAY S. SCHMIDT

                             BY:   /s/ Sanjay S. Schmidt

                             Attorneys for Plaintiff

DATED: April 9, 2012         MODESTO CITY ATTORNEY'S OFFICE

                             BY:   /s/ James F. Wilson

                             Attorneys for Defendants

## **ORDER**

The Court, having considered the parties' Stipulation to Amend the Scheduling Order, finds that good cause exists to continue the discovery deadlines as follows:

1. **Non-Expert Discovery Cutoff**:        June 15, 2012;
2. **Expert Disclosure**:                   June 15, 2012;
3. **Supplemental Expert Disclosure**:      July 16, 2012;
4. **Expert Discovery Cutoff**:             August 16, 2012;
5. **Non-Dispositive Motion Filing**:       August 31, 2012;

////
////
////
////
////

6.  **Dispositive Motion Filing:**          October 16, 2012;

The Pretrial Conference and Jury Trial dates would remain as set in the March 21, 2012 Scheduling Order. (Doc. 10).


IT IS SO ORDERED.

    Dated:   **April 13, 2012**                    /s/ *Barbara A. McAuliffe*
                                                                     UNITED STATES MAGISTRATE JUDGE