1  SUSANA ALCALA WOOD, SB#156366
   JAMES F. WILSON, Senior Deputy City Attorney #107289
2  City of Modesto
   1010 10th Street, Suite 6300
3  P.O. Box 642
   Modesto, California 95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5

6  Attorneys for Defendants

7  **Alonzo J. Gradford (SB# 244201)**
   **Sanjay S. Schmidt (SB# 247475)**
8  LAW OFFICES
   426 14th St., Suite 210
9  Modesto, California 95354
   Ofc. Phone:   (209) 408-0342
10 Facsimile:    (209) 408-0797

11 Attorneys for Plaintiff Lilia Melgoza

12                   UNITED STATED DISTRICT COURT

13              EASTERN DISTRICT OF CALIFORNIA - FRESNO

14 **LILIA MELGOZA,**                    )   No.  1:11-CV-00066-AWI-BAM
                                         )
15              Plaintiff,               )
                                         )
16      vs.                              )   **STIPULATION AND ORDER FOR**
                                         )   **DISMISSAL OF ALL CLAIMS AGAINST**
17 **CITY OF MODESTO, MODESTO**          )   **DEFENDANT SGT. TIMOTHY HELTON**
   **POLICE DEPARTMENT, OFFICER**        )
18 **SHANE CASTRO, SGT. TIMOTHY**        )
   **HELTON, and DOES 1 to 100**,        )
19                                       )
                Defendants.              )
20 _____)

21                              **STIPULATION**

22      The parties to the above-entitled action hereby stipulate and agree that all claims brought by

23 plaintiff Lilia Melgoza against defendant Sgt. Timothy Helton shall be dismissed in exchange for a

24 waiver of defense costs accrued to date in the defense of those claims against defendant Helton, and,

25 having so stipulated, the parties respectfully request that the court enter the attached order of dismissal

26 as to defendant Helton only.

27 ///

28 ///

**IT IS SO STIPULATED AND REQUESTED.**

Date: August 22, 2012                SUSANA ALCALA WOOD
                                     City Attorney


                                     By:     /S/
                                     JAMES F. WILSON
                                     Senior Deputy City Attorney
                                     Attorneys for Defendants

Date: August 22, 2012                LAW OFFICES OF ALONZO J. GRADFORD
                                     And SANJAY S. SCHMIDT


                                     By:     /S/
                                     SANJAY S. SCHMIDT
                                     Attorneys for Plaintiff

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties which is recited above, all claims brought by the plaintiff Lilia Melgoza against defendant Sgt. Timothy Helton in the within action shall be, and hereby are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that, pursuant to that same stipulation, Sgt. Helton has waived any right to recover any costs of defense incurred in the defense of the now dismissed claims against him.

IT IS SO ORDERED.

Dated:   September 5, 2012

                                     _____
                                     CHIEF UNITED STATES DISTRICT JUDGE