1  SUSANA ALCALA WOOD, SB#156366
   JAMES F. WILSON, Senior Deputy City Attorney #107289
2  City of Modesto
   1010 10th Street, Suite 6300
3  P.O. Box 642
   Modesto, California 95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5  Attorneys for Defendants

6  **Alonzo J. Gradford (SB# 244201)**
   LAW OFFICE OF ALONZO J. GRADFORD
7  1202 "H" St., Suite C
   Modesto, California 95354
8  Ofc. Phone: (209) 408-0342
   Facsimile: (209) 408-0797
9
   **Sanjay S. Schmidt (SB# 247475)**
10 LAW OFFICE OF SANJAY S. SCHMIDT
   1686 Second St., Suite 219
11 Livermore, California 94550
   Ofc. Phone: (925) 215-7733
12 Facsimile: (925) 455-2486
   Attorneys for Plaintiff
13

14                    UNITED STATED DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA - FRESNO

16 **LILIA MELGOZA,**                )   No.  1:11-CV-00066-AWI-BAM
                                     )
17               Plaintiff,          )
                                     )   **STIPULATION AND ORDER FOR**
18      vs.                          )   **DISMISSAL OF CERTAIN CLAIMS**
                                     )   **AGAINST DEFENDANTS CITY OF**
19 **CITY OF MODESTO, MODESTO**      )   **MODESTO, MODESTO POLICE**
   **POLICE DEPARTMENT, OFFICER**    )   **DEPARTMENT AND SHANE CASTRO**
20 **SHANE CASTRO, SGT. TIMOTHY**    )
   **HELTON, and DOES 1 to 100,**    )
21                                   )
                 Defendants.         )
22 _____    )

23                          **STIPULATION**

24      The parties to the above-entitled action, by and through their respective counsel of record,

25 hereby stipulate and agree as follows:

26      1.      Plaintiff's second cause of action raising a Title 42 U.S.C. section 1983 claim against

27 the defendant City of Modesto shall be dismissed with prejudice;

28      2.      In recognition of the fact that plaintiff's third cause of action claiming "assault by

                                    -1-

means of force likely to produce great bodily injury" is subsumed in plaintiff's fourth cause of action for assault, plaintiff's third cause of action for "assault by means of force likely to produce great bodily injury" shall be dismissed with prejudice;

    3.    Plaintiff's ninth cause of action under California Civil Code section 51.9 for sexual harassment shall be dismissed with prejudice;

    4.    Plaintiff's tenth cause of action under California Civil Code section 52.1 shall be dismissed without prejudice to its renewal and further litigation in this action if the current case law requiring an act or threat of violence separate from the constitutional violation claimed is changed so as to remove that requirement prior to the completion of the trial in this action.

It is further stipulated and agreed that, as to each and every cause of action so dismissed pursuant to this stipulation, each party shall bear his, her or its own costs of litigation, including attorney's fees.

**IT IS SO STIPULATED.**

Date: January 10, 2013          SUSANA ALCALA WOOD
City Attorney

By:_____/S/_____
JAMES F. WILSON
Senior Deputy City Attorney
Attorneys for Defendants

Date: January 10, 2013          LAW OFFICE OF ALONZO J. GRADFORD
LAW OFFICE OF SANJAY S. SCHMIDT

By:_____/S/_____
SANJAY S. SCHMIDT
Attorneys for Plaintiff

# ORDER

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties which is recited above, certain claims brought by the plaintiff Lilia Melgoza against the defendants City of Modesto, Modesto Police Department and/or Shane Castro in the within action shall be, and hereby are dismissed as follows:

1. Plaintiff's second cause of action raising a Title 42 U.S.C. section 1983 claim against the defendant City of Modesto shall be **DISMISSED WITH PREJUDICE**;

2. Plaintiff's third cause of action claiming "assault by means of force likely to produce great bodily injury" is **DISMISSED WITH PREJUDICE**;

3. Plaintiff's ninth cause of action under California Civil Code section 51.9 for sexual harassment is **DISMISSED WITH PREJUDICE**;

4. Plaintiff's tenth cause of action under California Civil Code section 52.1 shall be **DISMISSED WITHOUT PREJUDICE** to its renewal and further litigation in this action if the current case law requiring an act or threat of violence separate from the constitutional violation claimed is changed so as to remove that requirement prior to the completion of the trial in this action.

**IT IS FURTHER ORDERED** that, pursuant to that same stipulation, as to each and every cause of action so dismissed pursuant to this stipulation and order, each party shall bear his, her or its own costs of litigation, including attorney's fees.

IT IS SO ORDERED.

Dated:   January 11, 2013

SENIOR DISTRICT JUDGE