1  SUSANA ALCALA WOOD, SB#156366
   JAMES F. WILSON, Senior Deputy City Attorney #107289
2  City of Modesto
   1010 10th Street, Suite 6300
3  P.O. Box 642
   Modesto, California 95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5

6  Attorneys for Defendants

7  **Alonzo J. Gradford (SB# 244201)**
   LAW OFFICE OF ALONZO J. GRADFORD
8  1202 "H" St., Suite C
   Modesto, California 95354
9  Ofc. Phone: (209) 408-0342
   Facsimile: (209) 408-0797
10

11 **Sanjay S. Schmidt (SB# 247475)**
   LAW OFFICE OF SANJAY S. SCHMIDT
12 1686 Second St., Suite 219
   Livermore, California 94550
13 Ofc. Phone: (925) 215-7733
   Facsimile: (925) 455-2486
   Attorneys for Plaintiff
14

                    UNITED STATED DISTRICT COURT
15
              EASTERN DISTRICT OF CALIFORNIA - FRESNO
16

17 **LILIA MELGOZA,**                     )   No.   1:11-CV-00066-AWI-BAM
                                          )
18                    Plaintiff,          )
                                          )   **STIPULATION AND ODER RE: FILING**
19        vs.                             )   **DOCUMENTS UNDER SEAL IN**
                                          )   **RELATION TO MOTIONS IN LIMINE**
20 **CITY OF MODESTO, MODESTO**           )
   **POLICE DEPARTMENT, OFFICER**         )
21 **SHANE CASTRO, SGT. TIMOTHY**         )
   **HELTON, and DOES 1 to 100**,         )
22                                        )
                      Defendants.         )
23 _____   )

24       The parties to the above-entitled action, by and through their respective counsel of record,

25 hereby stipulate and agree as follows:

26       1.  The competing motions in limine regarding "other bad acts" evidence against defendant

27 Shane Castro (Plaintiff's first motion in limine and Defendants' sole motion in limine) will be

28 limited to the consideration of one subsequent incident;

                                        -1-

1    2. In order to facilitate the court's consideration of said motions in limine, it will be necessary

2    for the parties to lodge certain documents related to that incident, which  are"confidential

3    documents" subject to protective order (Doc. 12);

4    3.  That the documents shall be lodged by defendants; and,

5    4.  Given the fact that said documents are subject to protective order, and subject to the court's

6    approval and order, they should be lodged under seal.

7    As a result, the parties hereby submit the attached proposed order re: lodging documents under

8    seal.

9    **IT IS SO STIPULATED.**

10   Date: January 16, 2013                             SUSANA ALCALA WOOD
                                                        City Attorney

11

12                                                      By: _____

13                                                         JAMES F. WILSON
                                                           Senior Deputy City Attorney

14                                                         Attorneys for Defendants

15

16   Date: January 16, 2013                             LAW OFFICE OF ALONZO J. GRADFORD
                                                        LAW OFFICE OF  SANJAY S. SCHMIDT

17

18                                                      By: _____/S/_____

19                                                         SANJAY S. SCHMIDT
                                                           Attorneys for Plaintiff

20

21

22

23

24

25

26

27

28

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties which is recited above,

1.  The competing motions in limine regarding "other bad acts" evidence against defendant Shane Castro (Plaintiff's first motion in limine and Defendants' sole motion in limine) will be limited to the consideration of one subsequent incident;

2. In order to facilitate the court's consideration of said motions in limine, it will be necessary for the parties to lodge certain documents related to that incident, which are"confidential documents" subject to protective order (Doc. 12);

3.  That the documents shall be lodged by defendants; and,

4.  Given the fact that said documents are subject to protective order, they shall be lodged under seal.

IT IS SO ORDERED.

Dated:   January 17, 2013

_____
SENIOR  DISTRICT  JUDGE