SUSANA ALCALA WOOD, SB#156366
JAMES F. WILSON, Senior Deputy City Attorney #107289
City of Modesto
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, California 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Attorneys for Defendants

**Alonzo J. Gradford (SB# 244201)**
LAW OFFICE OF ALONZO J. GRADFORD
1202 "H" St., Suite C
Modesto, California 95354
Ofc. Phone: (209) 408-0342
Facsimile: (209) 408-0797

**Sanjay S. Schmidt (SB# 247475)**
LAW OFFICE OF SANJAY S. SCHMIDT
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone: (925) 215-7733
Facsimile: (925) 455-2486
Attorneys for Plaintiff

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| **LILIA MELGOZA,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**CITY OF MODESTO, MODESTO POLICE DEPARTMENT, OFFICER SHANE CASTRO, SGT. TIMOTHY HELTON, and DOES 1 to 100**,<br><br>　　　　　Defendants. | No.　1:11-CV-00066-AWI-BAM<br><br>**STIPULATION AND ODER RE: FILING DOCUMENTS UNDER SEAL IN RELATION TO MOTIONS IN LIMINE** |

　　　　The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

　　　　1. The competing motions in limine regarding "other bad acts" evidence against defendant Shane Castro (Plaintiff's first motion in limine and Defendants' sole motion in limine) will be limited to the consideration of one subsequent incident;

-1-

2. In order to facilitate the court's consideration of said motions in limine, it will be necessary for the parties to lodge certain documents related to that incident, which are "confidential documents" subject to protective order (Doc. 12);

3. That the documents shall be lodged by defendants; and,

4. Given the fact that said documents are subject to protective order, and subject to the court's approval and order, they should be lodged under seal.

As a result, the parties hereby submit the attached proposed order re: lodging documents under seal.

**IT IS SO STIPULATED.**

Date: January 16, 2013                    SUSANA ALCALA WOOD
                                          City Attorney


                                          By: _____
                                              JAMES F. WILSON
                                              Senior Deputy City Attorney

                                          Attorneys for Defendants

Date: January 16, 2013                    LAW OFFICE OF ALONZO J. GRADFORD
                                          LAW OFFICE OF SANJAY S. SCHMIDT


                                          By:_____/S/_____
                                              SANJAY S. SCHMIDT
                                              Attorneys for Plaintiff

# ORDER

**IT IS HEREBY ORDERED** that, pursuant to the stipulation of the parties which is recited above,

1. The competing motions in limine regarding "other bad acts" evidence against defendant Shane Castro (Plaintiff's first motion in limine and Defendants' sole motion in limine) will be limited to the consideration of one subsequent incident;

2. In order to facilitate the court's consideration of said motions in limine, it will be necessary for the parties to lodge certain documents related to that incident, which are "confidential documents" subject to protective order (Doc. 12);

3. That the documents shall be lodged by defendants; and,

4. Given the fact that said documents are subject to protective order, they shall be lodged under seal.

IT IS SO ORDERED.

Dated:   January 17, 2013

SENIOR DISTRICT JUDGE