# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILIA MELGOZA,** | **ORDER REQUIRING PARTIES TO NOTIFY THE COURT WHETHER THEY WILL CONSENT TO MAGISTRATE JUDGE JURISDICTION WITHIN TEN DAYS** |
| **Plaintiff,** | |
| v. | |
| **OFFICER SHANE CASTRO, SERGEANT TIM HELTON, DOES 1 through 30 AND, CITY OF MODESTO,** a municipal corporation, | **ORDER DIRECTING CLERK OF COURT TO SEND CONSENT FORMS TO PARTIES** |
| **Defendants.** | |

Plaintiff Lilia Melgoza is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983 concerning Defendants' alleged use of excessive force.  This action is set for jury trial on February 26, 2013.  At this time, criminal cases and previously scheduled older civil cases are set for earlier dates as well as February 26, 2013.

The parties are reminded of the availability of a United States Magistrate Judge to conduct all proceedings in this action. A United States Magistrate Judge is may conduct trials, including entry of final judgment, pursuant to 28 U.S.C. § 28 U.S.C. 636(c), Federal Rule of Civil Procedure 73, and Local Rule 305.  Any appeal from a judgment entered by a United States Magistrate Judge is taken directly to the United States Court of Appeal for the Ninth Circuit.

Because of the extraordinarily high case load in this district, this court has United States

1  Magistrate Judges conduct trials in civil actions whenever possible.   Having a Magistrate Judge
2  preside over the trial makes it far more likely a case will proceed on the scheduled trial date, and
3  the trial will not be delayed by other matters.   While consenting to Magistrate Judge jurisdiction
4  will most likely expedite resolution of this action, you are hereby advised that no adverse
5  substantive consequences will result if you withhold consent.
6            Accordingly, the court orders that:
7       1.    The Clerk of the Court is DIRECTED to provide the parties with the forms that
8             will allow them to consent or decline Magistrate Judge Jurisdiction; and
9       2.    By February 11, 2013, the parties shall notify the court whether they consent to or
10            decline Magistrate Judge jurisdiction by filling out the attached forms and
11            returning them to the court.

14  IT IS SO ORDERED.

15  Dated:    February 6, 2013
16                                                            SENIOR  DISTRICT  JUDGE