```
                                            FILED
                                     JUDGMENT  ENTERED
                                         3/4/2013
                                            Date
                                     Michelle Means Rooney
                                         Deputy Clerk
                                      U.S. District Court
                                   Eastern District of California
                                       XX FILE CLOSED
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LILIA MELGOZA,

       Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:11-CV-66 AWI BAM

SHANE CASTRO,

       Defendant.
_____/

       JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 3/1/2013 in favor of Defendant as to liability, battery, intentional infliction of emotional distress, and negligent infliction of emotional distress. The jury finds for plaintiff in re negligence as to Special Verdict questions 19 and 20 and for Defendant in re negligence as to Special Verdict questions 21 and 22.  The jury finds plaintiff's negligence to be 80% and Defendant's negligence to be 20%. Plaintiff is awarded damages in the amount of $1.00.

DATED: 3/4/2013                                  VICTORIA C. MINOR, Clerk


                                      By: /s/ MICHELLE MEANS ROONEY
                                                     Deputy Clerk